# Exhibit 1

| Lease | To | Short Summary of Legal Description | Date Submitted | Date of Confirmation Receipt by BOEM |
|---|---|---|---|---|
| **OCS 00016** | | | | |
| ASSN RT: | NRW100% | ALL WD 31 | 6/11/24 | 6/12/24 |
| DOO: | ARRAY | ALL WD 31 | 6/11/24 | 6/12/24 |
| **OCS 00026** | | | | |
| ASSN RT: | NRW100% | ALL WD 30 | 6/11/24 | 6/12/24 |
| DOO: | ARRAY | ALL WD 30 | 6/11/24 | 6/12/24 |
| **OCS 00126** | | | | |
| ASSN 1 OR: | NRW 25% | E/2 GI 39 – 12,256-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | E/2 GI 39 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | E/2 GI 39 | 5/24/24 | 5/28/24 |
| DOO: | GOM | E/2 GI 39 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | E/2 GI 39 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00127** | | | | |
| ASSN 1 OR: | NRW 25% | W/2 GI 39 – 12,256-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | W/2 GI 39 – INSOFAR AND ONLY ISF as the lease covers and affects 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | W/2 GI 39 | 5/24/24 | 5/28/24 |
| DOO: | GOM | W/2 GI 39 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | W/2 GI 39 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00128** | | | | |
| ASSN 1 OR: | NRW 25% | ALL GI 40 – 12,469-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL GI 40 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL GI 40 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL GI 40 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL GI 40 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00129** | | | | |
| ASSN 1 OR: | NRW 25% | E 1/2 GI 41 – 14,123-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | E 1/2 GI 41 – as lease covers and affects depths 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | E 1/2 GI 41 | 5/24/24 | 5/28/24 |
| DOO: | GOM | E 1/2 GI 41 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | E 1/2 GI 41 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00130** | | | | |
| ASSN 1 OR: | NRW 25% | W/2 GI 41 – 14,123-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | W/2 GI 41 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | W/2 GI 41 | 5/24/24 | 5/28/24 |
| DOO: | GOM | W/2 GI 41 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | W/2 GI 41 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00131** | | | | |
| ASSN 1 OR: | NRW 25% | ALL GI 42 – 12,504-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL GI 42 – as lease covers and affects depths 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL GI 42 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL BI 42 – 0-18,000 | 5/24/24 | 5/28/24 |

| Lease | To | Short Summary of Legal Description | Date Submitted | Date of Confirmation Receipt by BOEM |
|---|---|---|---|---|
| DOO: | BP | ALL GI 42 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00132** | | | | |
| ASSN 1 OR: | NRW 25% | ALL GI 46 – 12,792-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL GI 46 – INSOFAR AND ONLY ISF as the lease covers and affects 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL GI 46 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL GI 46 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL GI 46 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00133** | | | | |
| ASSN 1 OR: | NRW 25% | ALL GI 47 – 15,742-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL GI 47 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL GI 47 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL GI 47 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL GI 47 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00134** | | | | |
| ASSN 1 OR: | NRW 25% | ALL GI 48 – 16,812-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL GI 48 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL GI 48 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL GI 48 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL GI 48 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00174** | | | | |
| ASSN 1 OR: | NRW 25% | S/2 GI 32 – 12,756-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | S/2 GI 32 –  as lease covers and affects depths 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | S/2 GI 32 | 5/24/24 | 5/28/24 |
| DOO: | GOM | S/2 GI 32 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | S/2 GI 32 –  as lease covers and affects depths 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00175** | | | | |
| ASSN 1 OR: | NRW 25% | ALL GI 43 – 12,830-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL GI 43 –  as lease covers and affects depths 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL GI 43 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL GI 43 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL GI 43 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00176** | | | | |
| ASSN 1 OR: | NRW 25% | N/2 GI 44 – 13,102-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | N/2 GI 44 –  as lease covers and affects depths 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | N/2 GI 44 | 5/24/24 | 5/28/24 |
| DOO: | GOM | N/2 GI 44 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | N/2 GI 44 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00179** | | | | |
| ASSN 1 OR: | NRW 25% | S/2 WD 67 – 11,650-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | S/2 WD 67 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | S/2 WD 67 | 5/24/24 | 5/28/24 |
| DOO: | GOM | S/2 WD 67 – 0-18,000 | 5/24/24 | 5/28/24 |

5739682v.1

| Lease | To | Short Summary of Legal Description | Date Submitted | Date of Confirmation Receipt by BOEM |
|---|---|---|---|---|
| DOO: | BP | S/2 WD 67 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00180** | | | | |
| ASSN 1 OR: | NRW 25% | S/2 WD 68 – 13,225-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | S/2 WD 68 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | S/2 WD 68 | 5/24/24 | 5/28/24 |
| DOO: | GOM | S/2 WD 68 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | S/2 WD 68 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00181** | | | | |
| ASSN 1 OR: | NRW 25% | ALL WD 69 – 13,102-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL WD 69 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL WD 69 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL WD 69 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL WD 69 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00182** | | | | |
| ASSN 1 OR: | NRW 25% | ALL WD 70 – 13,182-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL WD 70 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL WD 70 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL WD 70 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL WD 70 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00367** | | | | |
| ASSN 1 OR: | NRW 100% | W1/2E1/2 WD 32 – 0-40,000 | 6/11/24 | 6/12/24 |
| ASSN 2 OR: | NRW 100% | E1/2E1/2 WD 32 – 0-40,000 | 6/11/24 | 6/12/24 |
| ASSN 3 RT: | NRW 100% | E1/2 WD 32 | 6/11/24 | 6/12/24 |
| DOO 1: | ARRAY | E1/2E1/2 WD 32 – 0-40,000 | 6/11/24 | 6/12/24 |
| DOO 2: | ARRAY | E1/2 WD 32 | 6/11/24 | 6/12/24 |
| DOO 3: | ARRAY | W1/2E1/2 WD 32 – 0-40,000 | 6/11/24 | 6/12/24 |
| **OCS 00819** | | | | |
| ASSN RT: | NRW 100% | ALL SS 168 | 5/10/24 | 5/10/24 |
| DOO: | ARRAY | ALL SS 168 | 5/10/24 | 5/10/24 |
| **OCS 00821** | | | | |
| ASSN RT: | NRW 100% | ALL SS 183 | 6/11/24 | 6/12/24 |
| DOO: | ARRAY | SS 183, N/2 (EXCLUDING C&E UNIT) 2500 acres N/2 NW/4 SW/4 (EXCLUDING C&E UNIT) 156.25 ACRES SE/4: S/2 SW/4; NE/4 SW/4; S/2, SS Area | 6/11/24 | 6/12/24 |
| **OCS 00827** | | | | |
| ASSN RT: | NRW 100% | ALL SS 209 | 6/11/24 | 6/12/24 |
| DOO: | ARRAY | ALL SS 209 | 6/11/24 | 6/12/24 |
| **OCS 00838** | | | | |
| ASSN 1 OR: | NRW 25% | ALL WD 71 – 13,357-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL WD 71 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL WD 71 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL WD 71 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL WD 71 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS 00839** | | | | |
| ASSN 1 OR: | NRW 25% | ALL WD 94 – 13,159-99,999 | 6/11/24 | 6/12/24 |
| ASSN 2 RT: | NRW 25% | ALL WD 94 | 6/11/24 | 6/12/24 |

| Lease | To | Short Summary of Legal Description | Date Submitted | Date of Confirmation Receipt by BOEM |
|---|---|---|---|---|
| DOO: | GOM | ALL WD 94 | 6/11/24 | 6/12/24 |
| **OCS-G 01019** | | | | |
| ASSN RT: | NRW 100% | E1/2 SS 182 | 5/10/24 | 5/10/24 |
| DOO: | ARRAY | E1/2 SS 182 | 5/10/24 | 5/10/24 |
| **OCS-G 01228** | | | | |
| ASSN RT: | NRW 100% | ALL SS 208 | 6/11/24 | 6/12/24 |
| DOO: | ARRAY | ALL SS 208 | 6/11/24 | 6/12/24 |
| **OCS-G 01230** | | | | |
| ASSN RT: | NRW 100% | ALL SS 215 | 6/11/24 | 6/12/24 |
| DOO: | ARRAY | ALL SS 215 | 6/11/24 | 6/12/24 |
| **OCS-G 01497** | | | | |
| ASSN 1 RT: | NRW 25% | ALL WD 95 | 5/13/24 | 5/13/24 |
| ASSN 2 OR: | NRW 25% | S/2SE/4; S/2N/2SE/4; SE/4SW/4; S/2SW/4SW/4 WD 95 – 0-7,369 | 5/13/24 | 5/13/24 |
| ASSN 3 OR: | NRW 25% | N/2; N/2N/2SE/4; N/2SW/4; N/2SW/4SW/4 WD 95 – 13,601-99,999 | 5/13/24 | 5/13/24 |
| DOO: | GOM | ALL WD 95 | 5/13/24 | 5/13/24 |
| **OCS-G 01498** | | | | |
| ASSN 1 OR: | NRW 25% | ALL WD 96 – 13,399-18,000 | 5/24/24 | 5/28/24 |
| ASSN 2 OR: | NRW 25% | ALL WD 96 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| ASSN 3 RT: | NRW 25% | ALL WD 96 | 5/24/24 | 5/28/24 |
| DOO: | GOM | ALL WD 96 – 0-18,000 | 5/24/24 | 5/28/24 |
| DOO: | BP | ALL WD 96 – 18,000-99,999 | 5/24/24 | 5/28/24 |
| **OCS-G 01673** | | | | |
| ASSN 1 RT: | NRW 50% | ALL MP 296, South and East Addition | 5/13/24 | 5/13/24 |
| ASSN 2 OR: | NRW 50% | ALL MP 296, South and East Addition – 7,542-9,500 | 5/13/24 | 5/13/24 |
| ASSN 3 OR: | NRW 33 1/3% | ALL MP 296, South and East Addition – 9,500-99,999 | 5/13/24 | 5/13/24 |
| DOO: | GOM | ALL MP 296, South and East Addition | 5/13/24 | 5/13/24 |
| **OCS-G 02213** | | | | |
| ASSN 1 RT: | NRW 50% | ALL MP 311, South and East Addition | 5/13/24 | 5/13/24 |
| ASSN 2 OR: | NRW 50% | ALL MP 311, South and East Addition – 11,024-12,000 | 5/13/24 | 5/13/24 |
| ASSN 3 OR: | NRW 33 1/3% | ALL MP 311, South and East Addition – 12,000-99,999 | 5/13/24 | 5/13/24 |
| DOO: | GOM | ALL MP 311, South and East Addition | 5/13/24 | 5/13/24 |
| **OCS-G 02323** | | | | |
| ASSN RT: | NRW 100% | ALL EI 360, South Addition | 5/29/24 | 5/29/24 |
| DOO: | ARRAY | ALL EI 360, South Addition | 5/29/24 | 5/29/24 |
| **OCS-G 04109** | | | | |
| ASSN RT: | NRW 100% | ALL SM 99, South Addition | 6/9/24 | 6/10/24 |
| DOO: | ARRAY | ALL SM 99, South Addition – 0-13,577 (the stratigraphic equivalent of the base of the 3.3 Sand as seen on the Halliburton Production Log Array ~~sis~~ wireline log – processed lot – dated March 20, 1996 for the Exxon Company | 6/9/24 | 6/10/24 |

5739682v.1

| Lease | To | Short Summary of Legal Description | Date Submitted | Date of Confirmation Receipt by BOEM |
|---|---|---|---|---|
|  |  | U.S.A. OCS-G 8684 #B-2 well – API #1770840763 |  |  |
| **OCS-G 04231** |  |  |  |  |
| ASSN RT: | NRW 100% | ALL SS 181 | 5/10/24 | 5/10/24 |
| DOO: | ARRAY | ALL SS 181 | 5/10/24 | 5/10/24 |
| **OCS-G 04437** |  |  |  |  |
| ASSN RT: | NRW 100% | ALL SM 236, North Addition, OCS Leasing Map, Louisiana Map No. 3D | 5/29/24 | 5/29/24 |
| DOO: | ARRAY | ALL SM 236, North Addition, OCS Leasing Map, Louisiana Map No. 3D | 5/29/24 | 5/29/24 |
| **OCS-G 08684** |  |  |  |  |
| ASSN RT: | NRW 100% | ALL SM 90, South Addition | 5/29/24 | 5/29/24 |
| DOO: | ARRAY | ALL SM 90, South Addition | 5/29/24 | 5/29/24 |
| **OCS-G 12951** |  |  |  |  |
| ASSN OR: | NRW 25% | ALL SS 227 – 15,001-99,999 | 6/11/24 | 6/12/24 |
| ASSN RT: | NRW 39.0625% | ALL SS 227 |  |  |
| DOO: | TALOS | ALL SS 227 | 6/11/24 | 6/12/24 |
| **OCS-G 24954** |  |  |  |  |
| ASSN RT: | NRW 100% | ALL ST 41 | 5/10/24 | 5/10/24 |
| DOO: | ARRAY | ALL ST 41 | 5/10/24 | 5/10/24 |

| Abbreviation Descriptions | |
|---|---|
| ARRAY | Array Petroleum, LLC |
| ASSN OP | Assignment of Operating Right Interest (Form BOEM-0151) |
| ASSN RT | Assignment of Record Title Interest (Form BOEM-0150) |
| BP | BP Exploration & Production Inc. |
| DOO | Designation of Operator (Form BOEM-1123) |
| GOM | GOM Shelf LLC |
| NRW | Natural Resources Worldwide LLC |
| TALOS | Talos Energy Ventures, LLC |

5739682v.1