UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATURAL RESOURCES WORLDWIDE LLC | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | |
| | * | NO. 2:25-cv-00111 |
| VERSUS | * | |
| | * | |
| THE UNITED STATES DEPARTMENT OF THE | * | JUDGE SARAH S. VANCE |
| INTERIOR; DEBRA HAALAND, in her official | * | |
| capacity as Secretary of the Interior; BUREAU OF | * | |
| OCEAN ENERGY MANAGEMENT; ELIZABETH | * | MAGISTRATE JUDGE JANIS VAN |
| KLINE, in her official capacity as Director of the | * | MEERVELD |
| Bureau of Ocean Energy Management; BUREAU | * | |
| OF SAFETY AND ENVIRONMENTAL | * | |
| ENFORCEMENT; and PAUL HUANG, in his | * | |
| official capacity as Acting Director of the Bureau of | * | |
| Safety and Environmental Enforcement | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO DISMISS

Plaintiff, Natural Resources Worldwide LLC ("NRW"), through undersigned counsel, respectfully requests this Court to dismiss this action without prejudice, as the Parties have entered into a settlement agreement to resolve this matter. Undersigned counsel for NRW has conferred with counsel for Defendants, who consented to the filing of this Unopposed Motion to Dismiss.

In the interest of judicial economy and the fair administration of justice, and for the reasons provided herein, NRW respectfully prays that this Court grant this Unopposed Motion to Dismiss without prejudice, with each party to bear its own costs.

**[SIGNATURE ON THE FOLLOWING PAGE]**

Date: March 26, 2025

STONE PIGMAN WALTHER WITTMANN L.L.C.

 /s/ Justin P. Lemaire
Justin P. Lemaire, La. Bar No. 29948 (T.A.)
Edward B. Poitevent, II, La. Bar No. 10564
Gabriel G. Silva, La. Bar No. 38893
Katelyn N. McGibney, La. Bar No. 39979
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: jlemaire@stonepigman.com
        epoitevent@stonepigman.com
        gsilva@stonepigman.com
        kmcgibney@stonepigman.com

**Attorneys for Plaintiff Natural Resources Worldwide LLC**

2

5841348v.1