UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATURAL RESOURCES WORLDWIDE LLC | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | |
| | * | NO. 2:25-cv-00111 |
| VERSUS | * | |
| | * | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR; DEBRA HAALAND, in her official capacity as Secretary of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; ELIZABETH KLINE, in her official capacity as Director of the Bureau of Ocean Energy Management; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; and PAUL HUANG, in his official capacity as Acting Director of the Bureau of Safety and Environmental Enforcement | * * * * * * * * * * | JUDGE SARAH S. VANCE<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Unopposed Motion to Dismiss (the "Motion") filed by Plaintiff, Natural Resources Worldwide LLC;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHERED ORDERED** that this action is dismissed without prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 28th day of March, 2025.

_Sarah Vance_
SARAH S. VANCE
**UNITED STATES DISTRICT JUDGE**

5841351v.1